# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GSR MARKETS LIMITED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIANA MCDONALD, ) <br> MCDONALD LAW GROUP LLC ) <br> d/b/a LAW OFFICES OF DIANA ) <br> MCDONALD, LLC, VALKYRIE ) <br> GROUP, LLC, HUGH AUSTIN, ) <br> BRANDON AUSTIN, and ) <br> WELLS FARGO BANK, N.A., ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE <br><br> NO. 1:19-CV- 01005-MLB |

**PLAINTIFF GSR MARKETS LIMITED'S NOTICE OF FILING CORRECTED DISCOVERY MATERIALS**

Plaintiff GSR Markets Limited ("GSR"), pursuant to Local Rule 26.3 and this Court's Standing Order Regarding Civil Litigation (Dkt. 233), hereby files the following discovery materials with the Court:

1. Deposition of Rena McDonald taken on August 20, 2020 ("Rena McDonald Deposition").

This filing is made to correct an August 30, 2021 filing (Dkt. 237-2) which purported to be the Rena McDonald Deposition, but which mistakenly included a different document. Accordingly, to correct the record, GSR now files the Rena

McDonald Deposition, and respectfully requests that this filing be transmitted to the Eleventh Circuit Court of Appeals as part of the Record on Appeal.

Respectfully submitted this 10th day of August, 2023.

/s/ Richard R. Robbins
Richard L. Robbins
Georgia Bar No. 608030
rrobbins@robbinsfirm.com
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Rachel F. Gage
rgage@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia  30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3255

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing document with the Clerk of Court using the CM/ECF electronic filing system which will automaticallysend counsel of record e-mail notification of such filing.

This 10th day of August, 2023.

*/s/ Richard L. Robbins*
Richard L. Robbins